# IN THE COURT OF APPEALS OF IOWA

No. 18-2148
Filed March 20, 2019

**IN THE INTEREST OF S.Q.,**
**Minor Child,**

**D.H., Mother,**
         Appellant.
_____

Appeal from the Iowa District Court for Clarke County, Monty W. Franklin,
District Associate Judge.

A mother appeals the termination of her parental rights to her minor child.

**AFFIRMED.**

Amy K. Davis of Babich Goldman, P.C., Des Moines, for appellant mother.

Thomas J. Miller, Attorney General, and Anagha Dixit, Assistant Attorney
General, for appellee State.

Shireen L. Carter of Shireen Carter Law Office, PLC, Norwalk, guardian ad
litem for minor child.

Considered by Vaitheswaran, P.J., and Doyle and Mullins, JJ.

**MULLINS, Judge.**

A mother appeals the termination of her parental rights to her minor child pursuant to Iowa Code section 232.116(1)(d), (e), (i), and (*l*) (2018).[1]  The mother only argues termination of her parental rights is not in the best interests of the child, *see* Iowa Code § 232.116(2), seemingly because of the bond between her and the child.  *See id.* § 232.116(3)(c).[2]  Upon our de novo review of the record, *see In re L.T.*, ___ N.W.2d ___, ___, 2019 WL 982910, at *4 (Iowa 2019), we conclude termination is in this child's best interests, and no permissive statutory exception should be applied to preclude termination.  We affirm the termination of the mother's parental rights without further opinion pursuant to Iowa Court Rule 21.26(1)(a), (c), and (e).

**AFFIRMED.**

---

[1] The father's parental rights were also terminated.  He does not appeal.

[2] The mother does not challenge the sufficiency of the evidence supporting the statutory grounds for termination.  Consequently, "we do not have to discuss this step."  *In re P.L.*, 778 N.W.2d 33, 40 (Iowa 2010).